IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KRUSHNAKANT CHANDRAKANT VYAS, DAXABAHEN KRUSHNAKANT VYAS, SHYAM KRUSHNAKANT VYAS AND DVIJA KRUSHNAKANT VYAS,<br><br>PLAINTIFFS,<br><br>v.<br><br>JOSEPH EDLOW, DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, JOHN E. ROESSLER, DIRECTOR U.S. CITIZENSHIP AND IMMIGRATION SERVICES POTOMAC SERVICE CENTER, AND MARY ELIZABETH BRENAN SENG, DIRECTOR OF U.S. CITIZENSHIP AND IMMIGRATION SERVICES TEXAS SERVICE CENTER,<br><br>DEFENDANTS. | Civil Action No.<br><br>1:25-cv-00493-LMM |

ORDER

Having read and considered Defendants' Unopposed Motion to Stay Proceedings for 100 days and for good cause shown, it is hereby ORDERED that this matter be stayed for 100 days, through and including November 6, 2025.

It is FURTHER ORDERED that, upon the reopening of this matter on November 6, 2025, if Defendants have not already adjudicated Plaintiffs' applications, they shall have 14 days to do so.

So ordered, this __29th__ day of _____July_____, 2025.

_____
Honorable Leigh Martin May
United States District Judge

Presented By:

*/s/ Darcy F. Coty*
_____
DARCY F. COTY
*Assistant United States Attorney*
Georgia Bar No. 259280