IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KRUSHNAKANT CHANDRAKANT
VYAS, et al.,

     Plaintiffs,

v.

JOSEPH B. EDLOW, *Director of*
*U.S. Citizenship and Immigration*
*Services*,[1] et al.,

     Defendants.

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

CIVIL ACTION NO.
1:25-cv-00493-LMM

## **ORDER**

This case comes before the Court on Defendants' motion to dismiss this action under Rule 12(b)(1) of the Federal Rules of Civil Procedure for lack of subject-matter jurisdiction. Dkt. No. [17]. They explain that U.S. Citizenship and Immigration Services has adjudicated Plaintiff Krushnakant Vyas' I-539 Application and Plaintiffs' I-485 Applications to Register Permanent Residence or Adjust Status; they have therefore provided the relief requested by Plaintiffs; and the complaint is thus moot. Id. Plaintiffs, who are represented by counsel,

---

[1]     Under Rule 25(d) of the Federal Rules of Civil Procedure, an officer's successor is automatically substituted as a party, and later proceedings should be in the substituted party's name.

have not filed a response to the motion, thereby indicating that it is unopposed. See LR 7.1(B), NDGa.

It appearing that there is no longer an active case or controversy here, it follows that Plaintiffs' claims are now moot. The motion to dismiss this action, Dkt. No. [17], is therefore **GRANTED**. The Clerk is **DIRECTED** to close the case.

**IT IS SO ORDERED** this 20th day of April, 2026.

**Leigh Martin May**
**Chief United States District Judge**

2